USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

BRIAN K. SCARANTINO,

                        Plaintiff,

              -against-                       1:19-cv-10117-GHW

WINSTON O. BRANCHE MORA, PRO-TEK OF NEW YORK, INC., and HEDR DEALER,              ORDER

                         Defendants.

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As discussed on the record during the initial pretrial conference held on December 4, 2019, all parties have stipulated to the dismissal of Plaintiff's claims against HEDR Dealer without prejudice. The Clerk of Court is directed to remove the name of that defendant from the caption of this case.

SO ORDERED.

Dated: December 4, 2019
New York, New York

                                                          _____
                                                           GREGORY H. WOODS
                                                        United States District Judge