UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN K. SCARANTINO,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>WINSTON O. BRANCHE MORA, et al,<br><br>　　　　　　　　　　Defendants. | 1:19-cv-10117 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

　　　　On September 26, 2022, the Court ordered the parties to file a joint letter within two weeks.  ECF No. 54.  The deadline for that filing has now passed and the parties failed to file the letter.  Accordingly, the parties shall file such letter promptly but at least by **October 24, 2022**.

Dated:　October 18, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　United States District Judge