UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN K. SCARANTINO,

                Plaintiff,

      -against-

WINSTON O. BRANCHE MORA, et al,

                Defendants.

1:19-cv-10117 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

      The Court has reviewed Defendants' request for an extension of discovery.  *See* ECF No. 57.  The request is **GRANTED in part and DENIED in part**.  This case was commenced in 2019.  Discovery has already been extended at least five times.  *See* ECF Nos. 47, 49, 51, 53, and May 26, 2021 Minute Entry.  When the Court granted the parties' last request for a 90-day extension of expert discovery, the Court warned that no further extensions would be granted absent extraordinary circumstances.  ECF No. 53.  No extraordinary circumstances have been stated and plaintiff objects.  Further, the Court notes that Defendants, in making the instant request, fail to state the number of extensions already granted in this action, as is required by the Court's Individual Rule 1.F.

      Notwithstanding this, since the expert report of Dr. Pugh was served on October 6, 2022, the Courts hereby ORDERS a limited extension for expert depositions until **November 7, 2022**.  The post-discovery status letter, previously due October 28, 2022, advising the Court whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion, shall be filed no later than **November 7, 2022**.  *See* ECF Nos. 53 and May 26, 2021 Minute Entry.

      Based on the parties' joint letter, dated October 21, 2022, the Court will refer the case to the designated Magistrate Judge for a settlement conference.

Dated: October 24, 2022
      New York, New York

                        SO ORDERED.

                        *Jennifer Rochon*

                        JENNIFER L. ROCHON
                        United States District Judge