UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN K. SCARANTINO,

                  Plaintiff,

-against-

WINSTON O. BRANCHE MORA, et al,

                  Defendants.

1:19-cv-10117 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The deadline for the parties to file their post-discovery status letter stating whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion was November 7, 2022. ECF No. 58. The parties have known about the post-discovery letter requirement since at least May 26, 2021, and the Court previously granted five extensions of the letter deadline. *See* ECF Nos. 47, 49, 51, 53, 58. The parties did not file any letter by November 7, 2022.

    Since discovery has closed and the parties have not indicated that they intend to file post-discovery dispositive motions, the parties' Joint Pretrial Order is due by **December 7, 2022** (30 days after the close of discovery), pursuant to Rule 5.A. of the Court's Individual Rules of Practice in Civil Cases. Furthermore, IT IS HEREBY ORDERED that:

- By **December 7, 2022**, the parties shall submit any motions *in limine*. Oppositions to any motions *in limine* shall be submitted by **December 14, 2022**. Any replies shall be due by **December 17, 2022**.

- By **December 7, 2022**, the parties shall submit all required pretrial filings, including their proposed joint pretrial order, requests to charge, verdict form, *voir dire* questions,

documentary exhibits and demonstratives, and all other required submissions in accordance with Rule 5 of the Court's Individual Rules of Practice in Civil Cases.

- By **December 7, 2022**, the parties shall file a letter setting forth the prerequisites for subject-matter jurisdiction in this case based on complete diversity of citizenship.

- Counsel for all parties shall appear for a final pretrial conference on **May 9, 2023 at 10 a.m.** in Courtroom 20B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

- Trial shall begin on **May 22, 2023**.  The parties should be prepared to proceed to trial well in advance of that date.  The Court may reschedule trial for an earlier date as its availability permits.

Dated: November 10, 2022
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge