UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN K. SCARANTINO,

                Plaintiff,

-v-

WINSTON O. BRANCHE MORA, and PRO-TEK OF NEW YORK, INC.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 10117 (JLR) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint-letter requesting adjournment of the settlement conference scheduled for Tuesday, January 17, 2023 at 10:00 a.m. (ECF No. 65 (the "Motion")). The Motion is GRANTED, and the settlement conference is ADJOURNED to **Wednesday, February 15, 2023 at 10:00 a.m.** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York. All other terms of the Court's Settlement Conference Scheduling Order dated October 27, 2022 (ECF No. 61) remain in full effect.

The Clerk of Court is respectfully directed to close ECF No. 65.

Dated:      New York, New York
               January 6, 2023

                                            SO ORDERED.

                                            _/s/ Sarah L. Cave_____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I am or represent the   Plaintiff ☐    Defendants ☐

☐ I acknowledge that I am attending a settlement conference in **Courtroom 18A at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007** on _____ at _____.

Please provide the name of any co-counsel who will attend the conference with you.

_____
_____
_____

☐ I acknowledge that my client, and any other relevant decisionmakers, will attend the settlement conference.

Please provide the name and title, if applicable, of the individuals who will attend:

_____
_____
_____

☐ I have obtained permission from the Court to allow the following individual(s) who live(s) more than 100 miles from New York City to participate in the conference by telephone.

Name and title:

_____
_____
_____

_____                                       _____
Signature                                                                                                    Date

_____
Name (print)