UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN K. SCARANTINO,

                      Plaintiff,

-against-

WINSTON O. BRANCHE MORA, et al,

                      Defendants.

1:19-cv-10117 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    On November 10, 2022, the Court ordered the parties to submit by December 7, 2022, "all required pretrial filings, including their proposed joint pretrial order, requests to charge, verdict form, *voir dire* questions, documentary exhibits and demonstratives, and all other required submissions in accordance with Rule 5 of the Court's Individual Rules of Practice in Civil Cases." ECF No. 62. On December 2, 2022, upon the parties' request, the Court extended that deadline to January 6, 2023. *See* ECF No. 64. On January 6, 2023, the parties filed and emailed to the Court their pretrial filings, including their proposed pretrial order, proposed *voir dire* questions, proposed jury instructions, and request to charge. *See* ECF Nos. 67-70. The January 6, 2023 submission did not include all materials required by the Court.

    The parties are hereby **ORDERED** to submit to the Court the following pretrial documents promptly and no later than **February 21, 2023**:

- All documents required by the Court's Individual Rule 5.B.iv., including all documentary exhibits and demonstratives. These documents shall be provided in a hard copy binder with tabs as well as an electronic copy. The parties shall also provide, in both hard copy and electronic copy in Microsoft Word format, an exhibit list in the manner set forth in the Court's Individual Rule 5.B.iv.

- Two physical courtesy copies of all pretrial submissions as set forth in the Court's Individual Rule 5.D., except that the parties may choose to submit only one physical courtesy copy of the documentary exhibits.

- Copies of the parties' joint proposed jury instructions, verdict form, and *voir dire* questions emailed to the Court in *Microsoft Word format*.

Additionally, if the parties reach a settlement in principle in this action, they shall notify the Court **promptly** so that resources are not unduly expended in preparation for trial.

Dated: February 8, 2023
       New York, New York

                                          SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge