UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN K. SCARANTINO,

                Plaintiff,

-v-

WINSTON O. BRANCHE MORA, and PRO-TEK OF NEW YORK, INC.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 10117 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' letter-motion requesting that (i) Molly Taberski ("Ms. Taberski"), the claims adjuster handling this matter on behalf of Merchants Insurance Company, be permitted to attend the settlement conference scheduled for February 15, 2023 at 10:00 a.m. (the "Settlement Conference") telephonically, and (ii) Defendants Winston Branche and Pro-Tek of New York, Inc. (collectively, the "Defendants") be excused from participating in the Settlement Conference. (ECF No. 72 (the "Letter-Motion")). The Letter-Motion is GRANTED IN PART and DENIED IN PART, as follows:

1. Ms. Taberski may participate in the Settlement Conference telephonically. Ms. Taberski is directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

2. Defendants are required to participate in the Settlement Conference. Defendants have not articulated any reasons to be excused from the Settlement Conference, except that it is their "preference to be excused[.]"

Dated:     New York, New York
            February 9, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge