UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN K. SCARANTINO,<br><br>                                  Plaintiff,<br><br>     -v-<br><br>WINSTON O. BRANCHE MORA, and PRO-TEK OF NEW YORK, INC.,<br><br>                                  Defendants. | CIVIL ACTION NO.: 19 Civ. 10117 (JLR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' Winston Branche and Pro-Tek of New York, Inc. (collectively, the "Defendants") letter-motion requesting that the Court reconsider its decision dated February 9, 2023 (ECF No. 73) and excuse Defendants' client representatives from participating in the settlement conference scheduled for February 15, 2023 at 10:00 a.m. (the "Settlement Conference").  (ECF No. 74 (the "Letter-Motion")).  Considering the hardship posed to Defendants' client representatives, (see ECF No. 74), Plaintiff's consent to the request, (see id.; ECF No. 72), and that the "insurance policies issued by Merchants Insurance Company do[es] not require the consent of the insureds," i.e., Defendants' client representatives, "to reach a settlement[,]" (ECF No. 72), the Court GRANTS the Letter-Motion.

Dated:        New York, New York             SO ORDERED.
              February 10, 2023

                                              _____
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**